Decided December 20, 2000

### ALISON NOLAN ET AL. *v.* NATIONWIDE MUTUAL INSURANCE COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 60 Conn. App. 68 (AC 19213), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Herbert Watstein* and *Max F. Brunswick*, in support of the petition.

*Deborah L. Bradley*, in opposition.

Decided December 20, 2000